United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-10092

_____

GULF PETRO TRADING COMPANY, INC.;
PETREC INTERNATIONAL, INC., a Division
of Gulf Petro Trading Company, Inc.; JAMES S.
FAULK, Individually, doing business as Petrec
International, a de facto corporation; PETREC
(NIGERIA) LTD.,

Plaintiffs-Appellants,

versus

NIGERIAN NATIONAL PETROLEUM CORPORATION,

Defendant-Appellee.

_____

Appeals from the United States District Court for
the Northern District of Texas
(USDC No. 3:03-CV-406-G)

_____

Before REAVLEY, DAVIS and WIENER, Circuit Judges.

PER CURIAM:[*]

　　We affirm for the reasons set forth in the trial court opinion. *Gulf Petro*

_____

　　[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

*Trading Co. v. Nigerian Nat'l Petroleum Co.*, 288 F. Supp. 2d 783 (N.D. Tex. 2003).

AFFIRMED.